```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
GLOBAL LEADERSHIP FOUNDATION,             :
                                          :
                         Plaintiff,       :     21cv10942 (DLC)
                -v-                       :
                                          :         ORDER
CITY OF NEW YORK, et al.,                 :
                                          :
                         Defendants.      :
-----------------------------------------X
```

DENISE COTE, District Judge:

    Having received the April 11 letter from plaintiff's counsel, it is hereby

    ORDERED that it is unlikely that the plaintiff will have a further opportunity to amend to respond to any of the arguments made in the motion to dismiss.  This will be true whether the plaintiff chooses to amend or not in response to the motion.

Dated:   New York, New York
         April 11, 2022

                              _____
                                DENISE COTE
                        United States District Judge