```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
GLOBAL LEADERSHIP FOUNDATION,            :
                                         :
                         Plaintiff,      :    21cv10942 (DLC)
              -v-                        :
                                         :        ORDER
CITY OF NEW YORK, et al.,                :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On April 15, 2022, defendant filed a motion to dismiss the original complaint in this action pursuant to Rules 12(b)(1) and 12(b)(6), Fed. R. Civ. P. An Order of March 29, 2022 directed the plaintiff to file any amended complaint by May 6 and alerted the plaintiff that it would likely not have another opportunity to amend. The plaintiff filed an amended complaint on May 4, thereby mooting the defendants' April 15 motion. Defendants renewed their motion on May 18. It is hereby

ORDERED that the plaintiff shall serve any opposition to the motion to dismiss by **June 8, 2022**. Defendants' reply, if any, shall be served by **June 22**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering

them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         May 25, 2022

                                                  DENISE COTE
                                    United States District Judge