**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GLOBAL LEADERSHIP FOUNDATION,

                      Plaintiff,

-against-                                21 **CIVIL** 10942 (DLC)

                                                      **<u>JUDGMENT</u>**

CITY OF NEW YORK, et al.,

                      Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 15, 2022, the defendants' May 18, 2022 motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York

       July 18, 2022

                                                    **RUBY J. KRAJICK**
                                                  _____
                                                    **Clerk of Court**
                     **BY:**                *K. Mango*
                                                  _____
                                                   **Deputy Clerk**