UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
GLOBAL LEADERSHIP FOUNDATION,        :
                                     :
                      Plaintiff,     :
                                     :        21cv10942 (DLC)
          -v-                        :
                                     :             ORDER
CITY OF NEW YORK, et al.,            :
                                     :
                      Defendants.    :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

On August 11, 2022 the plaintiff moved to set aside the
July 18 judgment dismissing the case for lack of subject matter
jurisdiction.  It is hereby

ORDERED that the defendants need not respond to the
plaintiff's motion unless ordered to do so by the Court.

SO ORDERED:

Dated:    New York, New York
          August 24, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge